UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>MACTEC Engineering & Consulting, Inc.</u>

   v.                                Civil No. 06-cv-445-JD

<u>Gradient Corporation</u>

<u>PROCEDURAL ORDER</u>

Following a teleconference with counsel on this date, the following schedule has been established:

        1.  By March 7, 2007, Gradient shall file its response to MACTEC's motion to compel arbitration.

        2.  MACTEC shall reply within 10 days.

        3.  Any surreply shall be filed within 7 days.

SO ORDERED.

                                                /s/ Joseph A. DiClerico, Jr.
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

February 8, 2007

cc:  Robert J. Gallo, Esquire
     Daniel P. Luker, Esquire
     Paul S. Samson, Esquire
     Sigmund D. Schutz, Esquire